IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DARVIS LAKEITH ALLEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | CIVIL ACTION NO. |
| | ) | |
| CONTESSA SMITH and JOYCE ROBBINS, | ) | 3:22-CV-1642-G-BH |
| | ) | |
| Defendants. | ) | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge,[*] in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the court.

For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, by separate judgment, the plaintiff's official capacity claims against the defendants will be **DISMISSED** without prejudice for

---

[*] No objections were filed.

lack of subject matter jurisdiction, and the plaintiff's claim for habeas relief will be

**DISMISSED** with prejudice for failure to state a claim.

    **SO ORDERED**.

December 1, 2023.

                                                        _____
                                                        **A. JOE FISH**
                                                        **Senior United States District Judge**